## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: CHANTA R. FLETCHER | CASE NO.: 08-50731-ERG |
| | CHAPTER 13 |
| U.S. BANK, N.A. | MOVANT |
| VS | |
| SCHANTA R. FLETCHER | RESPONDENT |
| WARREN A. CUNTZ, JR. | RESPONDENT |

### AGREED ORDER

Considering the Motion for Relief from Automatic Stay and for Abandonment filed on behalf of US Bank N.A. (#25), a hearing having been set for December 4, 2008 at 10:00 AM, and the agreement between parties:

**IT IS HEREBY ORDERED** that the Debtors are in arrears on the monthly post petition mortgage payments to US Bank N.A., for the month of August 2008 through November 2008 on her monthly direct mortgage payments of $709.08 and $85.08 in accrued late charges for a total of $3,421.40 which includes $500.00 in attorney fees and cost for filing of said Motion for Relief.

**IT IS FURTHER ORDERED** that the Debtors Chapter 13 plan shall be amended to include the arrearage amount of $3,421.40. The debtor shall resume the monthly mortgage payments to US Bank N.A. beginning with the December 2009 payment. The chapter 13 Trustee will make the necessary amendments to the plan.

**IT IS FURTHER ORDERED** that should the Debtors become 30 days or more delinquent beginning with the December 2009 payment, Movant shall send a ten (10) day Notice of Default to the Debtor(s) and Debtors Attorney. If the default is not cured within 10 days from the date of the notice, the Automatic Stay shall be lifted behalf of

Chanta Fletcher
Chapter 13 Case Number 08-50731-ERG

Movant, which property bears the municipal address of 110 Lee Court, Gulfport, MS 39503. Said property shall be abandoned from the bankruptcy estate without further order of the court.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Chapter 13 Trustee is hereby authorized to amend the Debtor(s) wage order and/or plan payment as necessary to account for the added debt, so that the Debtor(s) plan can complete as originally proposed or as modified prior to the entry of this order.

**IT IS FURTHER ORDERED** that in the event the bankruptcy stay is lifted, Movant shall provide written notice to the Trustee in a timely manner. Mover further requests that any order remain in effect regardless of conversion to another Chapter.

**SO ORDERED**

Chanta Fletcher
Chapter 13 Case Number 08-50731-ERG


APPROVED

_____
Emily Kaye Courteau
Attorney for Movant

**See attached**
_____
Robert Wolford, Attorney
Attorney for Debtor

**See attached**
_____
Warren A. Cuntz, Jr., Trustee
Or Attorney for Trustee

Presented by:
Emily Kaye Courteau, MSB #100570
Morris and Associates
2309 Oliver Road
Monroe, La. 71201
Telephone No: (318) 330-9020

Chanta Fletcher
Chapter 13 Case Number 08-50731-ERG


APPROVED

*See attached*

Emily Kaye Courteau
Attorney for Movant

Robert Wolford, Attorney
Attorney for Debtor

Warren A. Cuntz, Jr., Trustee
Or Attorney for Trustee

Presented by:
Emily Kaye Courteau, MSB #100570
Morris and Associates
2309 Oliver Road
Monroe, La. 71201
Telephone No: (318) 330-9020