## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: CHANTA R. FLETCHER | CASE NO.: 08-50731-NPO<br>CHAPTER 13 |
| WARREN A. CUNTZ, JR. | TRUSTEE |
| U.S. BANK, N.A. | MOVANT |

### NOTICE OF TERMINATION OF THE AUTOMATIC STAY

**PURSUANT** to the terms of the Agreed Order entered in this case on December 29, 2008, notice is hereby given that the automatic stay has lifted as to US Bank Home Mortgage and as to the property located at 110 Lee Court, Gulfport, MS, 39503 for failure of the Debtor to comply with the terms set forth in the Agreed Order and proper notice given, thereby allowing US Bank, N.A. or its successor to foreclose on the property securing the claim of US Bank, N.A., which property bears the municipal address of at 110 Lee Court, Gulfport, MS, 39503. Said property is abandoned from the bankruptcy estate pursuant to 11 U.S.C. 554(b).

RESPECTFULLY SUBMITTED

MORRIS AND ASSOCIATES
2309 Oliver Road
Monroe, Louisiana 71201
(318) 330-9020

/s/ MICHAEL JEDYNAK (Bar# 103014)
Attorney for Mover

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: CHANTA R. FLETCHER  CASE NO.: 08-50731-NPO
 CHAPTER 13

**CERTIFICATE OF SERVICE**

I, Michael Jedynak, attorney for US Bank, N.A., certify that I have notified all interested parties of the Notice of Termination of the Automatic Stay as reflected on the foregoing notice,

Chanta R. Fletcher
110 Lee Court
Gulfport, MS 39503

Jon C. Thornburg
Attorney At Law
jct@gulfcoastlawyer.com

Robert A. Wolford
Attorney At Law
bw@gulfcoastlawyer.com

Warren A. Cuntz, Jr.
Trustee
wacuntzcourt@cableone.net

Office of U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

By electronic transmission or by mailing this notice and a copy of the Notice of Termination of the Automatic Stay filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 15th day of March 2010.

RESPECTFULLY SUBMITTED

MORRIS AND ASSOCIATES
2309 Oliver Road
Monroe, Louisiana 71201
(318) 330-9020

/s/ MICHAEL JEDYNAK (Bar# 103014)
Attorney for Mover